Form a0ogrfnd
(Rev. 10/13)

**United States Bankruptcy Court**
Southern District of Ohio
120 West Third Street
Dayton, OH 45402-1819

FILED
2013 NOV 13 AM 9:08
KENNETH JORDAN
CLERK OF COURT
U.S. BANKRUPTCY COURT
DAYTON OHIO

In Re: Gary R. Henderson

Debtor(s)

SSN/TAX ID:
xxx-xx-2950

Case No.: 3:05-bk-45155

Chapter: 13

Judge: Guy R Humphrey

### Order Granting Motion for Payment of Unclaimed Funds

This matter is before the Court on a Motion for Payment of Unclaimed Funds (Doc. #44) filed by Brian J. Dilks on behalf of Denovus Corporation, Ltd. on October 4, 2013. It appears to the Court that the Motion is well taken.

THEREFORE, IT IS HEREBY ORDERED THAT the Clerk of Court shall pay the unclaimed funds in the amount of $485.94 to the order of Denovus Corporation, Ltd. at the following address:

c/o Dilks & Knopik, LLC
35308 SE Center St.
Snoqualmie, WA 98065

**IT IS SO ORDERED.**

Guy R Humphrey
United States Bankruptcy Judge

Copies to:

Default List

United States Attorney
303 Marconi Blvd., Suite 200
Columbus, Ohio 43215